# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**KEVIN MILES TROUTMAN,**

        **Defendant.**

**NOTICE**
Case No. 2:22-cr-156(8)
Judge Edmund A. Sargus, Jr.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

**GoToMeeting**

**November 3, 2022 at 11:00 A.M.**

TYPE OF PROCEEDING: **CHANGE OF PLEA**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE: November 1, 2022

    /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk